# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE E. REESE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVE DAVYS, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01337-DAD-BAM (PC)<br><br>ORDER THAT INMATE CLARENCE E. REESE IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Clarence E. Reese is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 14, 2017. Inmate Clarence E. Reese, CDCR #V-99830, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**November 14, 2017**__　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE