# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE E. REESE, | ) Case No.: 1:15-cv-01337-DAD-BAM (PC) |
| Plaintiff, | ) |
| v. | ) ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| DAVE DAVYS, et al., | ) |
| Defendants. | ) |

Plaintiff Clarence E. Reese is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on September 1, 2015.

On November 14, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 15, 2017**

UNITED STATES MAGISTRATE JUDGE