# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE E. REESE,<br><br>    Plaintiff,<br><br>v.<br><br>DAVYS, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01337-DAD-BAM (PC)<br><br>ORDER OF DISMISSAL<br><br>ORDER TO CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 35) |

Plaintiff Clarence E. Reese ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2017, defense counsel filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 35.) The stipulation is signed by Plaintiff and counsel for Defendants, indicating that the case has been resolved in its entirety, should be dismissed with prejudice, and each side shall bear their own litigation costs and attorney's fees.

Accordingly, this action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his or her own litigation costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated: __November 17, 2017__          /s/ *Barbara A. McAuliffe* _
                                                             UNITED STATES MAGISTRATE JUDGE